**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE DELGADO,

                Plaintiff,                        18 **CIVIL** 11121 (JCM)

        -against-                        **SUPPLEMENTAL JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated July 16, 2020, Court grants Plaintiff's counsel's motion and

awards attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $13,991.00. Upon receipt of

this sum, counsel for Plaintiff is directed to refund $7,408.64 to Plaintiff.


**Dated:**  New York, New York
        July 17, 2020


                                **RUBY J. KRAJICK**
                              _____
                                **Clerk of Court**
        **BY:**
                                **Deputy Clerk**